UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Certain Underwriters at Lloyds London ) | |
| ) | |
| ) | Case No. 2:10-cv-0051 |
| ) | Judge Campbell |
| ) | |
| ) | |
| David Ardary, et al ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on January 7, 2011.

    KEITH THROCKMORTON, CLERK
    s/ Angie Brewer, Deputy Clerk